# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HANCOCK WHITNEY BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   CIVIL ACTION NO. 1:24-00143-KD-MU |
| | ) |
| **FLC LIVING, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

In accordance with the Order issued on December 6, 2024, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **DEFAULT JUDGMENT** is hereby entered in favor of Plaintiff Hancock Whitney Bank, and against Defendants FLC Living, LLC, Invinci Corporation, and MJO Properties, LLC jointly and severally with Michael A. Harry, in the amount of $432,411.73 plus $120.72 per day in prejudgment interest from October 30, 2024 until December 6, 2024.

**DONE** and **ORDERED** this the **12th** day of **December 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**