# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HANCOCK WHITNEY BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) CIVIL ACTION NO. 1:24-00143-KD-MU |
| | ) |
| **FLC LIVING, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## AMENDED JUDGMENT[1]

In accordance with the Order entered October 17, 2024, granting summary judgment in favor of Plaintiff Hancock Whitney Bank and against Defendant Michael A. Harry (Doc. 24) and in accordance with the Order entered December 6, 2024, granting default judgment in favor of Plaintiff Hancock Whitney Bank and against Defendants FLC Living, LLC, Invinci Corporation, and MJO Properties LLC (doc. 26), it is ORDERED, ADJUDGED, and DECREED, that judgment is entered in favor of Plaintiff and against the Defendants, jointly and severally, in the amount of $432,411.73 plus $120.72 per day in prejudgment interest from October 30, 2024, until December 6, 2024.

**DONE** and **ORDERED** this 23rd day of December 2024.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] This Amended Judgment amends the Judgment entered December 12, 2024, to enter judgment on summary judgment granted October 17, 2024 (doc. 27).